| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar No. 89424<br>Acting Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766<br>Staff Attorney |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 6:08-MJ-00016-WMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE;  AND  ORDER THEREON |
| v. | ) | |
| THOR WILCOX, | ) | Judge:  Hon. William M. Wunderlich |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BETH WALDOW, Chief Legal Officer, counsel for Plaintiff, and DOUGLAS BEEVERS, Staff Attorney for the Office of the Federal Defender, counsel for Defendant, Thor Wilcox, that, effective forthwith, the conditions of pre-trial release for Thor Wilcox may be amended as follows:

<u>Condition 1</u>: Defendant shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical petitioner.  *However, medical marijuana, prescribed or not, may not be used;*

<u>Condition 2</u>: Defendant shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

<u>Condition 3</u>: Defendant shall surrender your passport to the Clerk of the U.S. District Court and not obtain a passport during the pendency of the present matter; and,

////////

1  Condition 4: All other terms and conditions of release, not in conflict, shall remain in full force and effect.

2

3  DATED:    February 20, 2008

4
                                                                /s/ Elizabeth Waldow
5                                                               ELIZABETH WALDOW
                                                                Chief Legal Officer
6                                                               Yosemite National Service

7

8  DATED:    February 20, 2008                                  DANIEL J. BRODERICK
                                                                Federal Defender
9

10
                                                                /s/ Douglas Beevers
11                                                              DOUGLAS BEEVERS
                                                                Staff Attorney
12                                                              Attorney for Defendant

13

14

IT IS SO ORDERED.

15

**Dated:  February 25, 2008**                    /s/  **William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Modify Conditions
of Pre-Trial Release                     2