DANIEL J. BRODERICK, Bar No. 89424
Acting Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 6:08-mj-00016-WMW |
| *Plaintiff*, ) | STIPULATION FOR RELEASE OF PASSPORT; ORDER |
| v. ) | |
| THOR WILCOX, ) | Judge: Hon. William M. Wunderlich |
| *Defendant*. ) | |

It is hereby stipulated, by and between the parties to this action:

On February 27, 2008, as a condition of release in the above-entitled action, Mr. Wilcox was ordered to surrender possession of his passport to the Clerk of the U.S. District Court by Stipulation to Modify Conditions of Pretrial Release and Order Thereon, (Condition No. 3). The passport was surrendered by Mr. Wilcox and the Pretrial Services, in Oregon, is now in possession of the passport.

On May 13, 2008, the pretrial supervision was suspended and defendant, Thor Wilcox, is scheduled to plead guilty on June 25, 2008. Mr. Wilcox will not be returning to Oregon.

Mr. Wilcox hereby requests a written order for the return of his passport by Pretrial Services in Oregon as soon as possible and that Condition No. 3 of the Stipulation to Modify Conditions of Pretrial Release and Order be vacated.

///

Mr. Wilcox's Pretrial Services Officer and the Law Enforcement Officer do not object to this request.

DATED:     June 5, 2008

/s/ Elizabeth Waldow
ELIZABETH WALDOW
Chief Legal Officer
Yosemite National Service

DATED:     June 5, 2008

DANIEL J. BRODERICK
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Staff Attorney
Attorney for Defendant

IT IS SO ORDERED.

**Dated:   June 6, 2008**          /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

Stipulation for Release
of Passport                                    2