1  DANIEL J. BRODERICK, Bar No. 89424
   Federal Defender
2  CHARLES J. LEE, Bar No. 221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) No. 6:08-MJ-00016-WMW
                               )
12 |         *Plaintiff*,       ) STIPULATION TO TERMINATE PRE-TRIAL
                               ) SUPERVISION;  AND  ORDER THEREON
13 |    v.                     )
                               ) Judge:  Hon. William M. Wunderlich
14 | THOR WILCOX,              )
                               )
15 |         *Defendant*.      )
                               )
16 |_____   )

17

18      IT IS HEREBY STIPULATED by and between the parties through their respective

19 counsel, JOHN HEARNE, National Park Service, counsel for Plaintiff, and CHARLES J. LEE, Assistant

20 Federal Defender, counsel for Defendant, Thor Wilcox, that, effective forthwith, supervision by Pre-Trial

21 Services shall be terminated.

22      Supervision by Pre-Trial Services has previously been suspended on May 13, 2008, by the

23 Honorable Gary S. Austin.  I have discussed the instant matter with Dan Stark from the Pre-Trial Services

24 office in Fresno and he is in complete agreement with this stipulation.

25 //

26 //

27 //

28

DATED: August 6, 2008

/s/ John Hearne
JOHN HEARNE
National Park Service

DATED: August 6, 2008                DANIEL J. BRODERICK
Federal Defender

/s/ Charles J. Lee
Charles J. Lee
Assistant Federal Defender
Attorney for Defendant

O R D E R

IT IS SO ORDERED.

**Dated:   August 7, 2008**          /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE